IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TONY PAYANO,

    Plaintiff,

v.

GREG GRAMS,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-437-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered granting summary judgment in favor of defendant Greg Grams and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

_Peter Oppeneer_      3/2/12

Peter Oppeneer, Clerk of Court      Date